1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | RONALD E. BARKER

7 |

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )    NO. 1:07-mj-00214 SMS
                                       )
12 |                Plaintiff,          )    STIPULATION TO CONTINUE REVIEW
                                       )    HEARING; AND ORDER THEREON
13 |        v.                          )
                                       )    Date:   June 26, 2008
14 | RONALD E. BARKER,                  )    Time:   10:00 a.m.
                                       )    Judge: Hon. Sandra M. Snyder
15 |                Defendant.          )
                                       )
16 | _____      )

17 |

18 |        **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 | respective attorneys of record herein, that the review hearing re completion of sentencing terms

20 | in the above-captioned matter now scheduled for May 8, 2008, **may be continued to June 26,**

21 | **2008 at 10:00 a.m.**

22 |        This continuance is requested by counsel for the defendant to allow additional time for

23 | defendant to complete DUI school.  Defendant, RONALD E. BARKER, had a delay in starting

24 | DUI class due to a typographical error on pages two through four of his judgment, which shows

25 | an incorrect name.  The requested continuance will conserve time and resources for both counsel

26 | and the court.

27 | ///

28 | ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2  interests of justice herein for effective defense preparation pursuant to 18 U.S.C.

3  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                        McGREGOR M. SCOTT
                                                         United States Attorney
5

6  DATED:  April 23, 2008                    By    /s/  Mark J. McKeon
                                                         MARK J. McKEON
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10

11  DATED: April 23, 2008                    By    /s/ Douglas Beevers
                                                         DOUGLAS BEEVERS
12                                                       Assistant Federal Defender
                                                         Attorney for Defendant
13                                                       RONALD E. BARKER

14

15                                  **ORDER**

16    Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i)

17  and (iv).

18  IT IS SO ORDERED.

19  **Dated:    April 25, 2008**                        **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28